COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Billy Gaston Young v. The State of Texas

Appellate case number:    01-16-00863-CR

Trial court case number:  1512286

Trial court:              177th District Court of Harris County

Appellant, Billy Gaston Young, filed a notice of appeal of a judgment of conviction signed on October 24, 2016, and filed his brief on May 17, 2017. *See* TEX. R. APP. P. 38.6(a). After this Court granted two motions for an extension, the State's brief was due to be filed on September 14, 2017, with no further extensions. *See id.* 38.6(b), (d). The State has filed a fourth motion requesting an extension to September 24, 2017 to file its brief. The motion is **granted**. The State's brief is due to be filed no later than **Monday, September 25, 2017. No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date: September 19, 2017